UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :
v.                               :     **RE-SCHEDULING ORDER**
                                 :
FILIP LALA,                      :     7-24-cr-00522 (PMH)
                                 :
            Defendant.           :
-----------------------------------------------------------x

The Sentencing hearing scheduled for April 22, 2025 is adjourned to April 24, 2025 at 2:30 p.m. in Courtroom 218 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       April 22, 2025

_____
Philip M. Halpern
United States District Judge