UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
            v.                    :     24 CR 522 (PMH)
                                  :
FILIP LALA,                       :     **ORDER**
                                  :
            Defendant.            :
-----------------------------------------------------------x

At the sentencing hearing on April 24, 2025, and for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, Defendant Filip Lala is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: White Plains, New York
       April 24, 2025

                                        SO ORDERED:

                                        _____
                                        Philip M. Halpern
                                        United States District Judge